**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **CLARINDA L. JOHNSTON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CAROLYN W. COLVIN, Acting** )<br>**Commissioner of Social Security,** )<br>)<br>Defendant. )<br>_____ ) | Case  No. EDCV14-1896 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

December 4, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge